**A CERTIFIED TRUE COPY**

JUL - 6 2007

ATTEST *[signature]*
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**

JUL 12 2007

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

JUN 19 2007

FILED
CLERK'S OFFICE

**DOCKET NO. 1811**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE GENETICALLY MODIFIED RICE LITIGATION

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-13)

On December 19, 2006, the Panel transferred 11 civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 466 F.Supp.2d 1351 (J.P.M.L. 2006). Since that time, 161 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Catherine D. Perry.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Perry.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of December 19, 2006, and, with the consent of that court, assigned to the Honorable Catherine D. Perry.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*[signature]*

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL - 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: *[signature]*
DEPUTY CLERK

## SCHEDULE CTO-13 - TAG-ALONG ACTIONS
## DOCKET NO. 1811
## IN RE GENETICALLY MODIFIED RICE LITIGATION

**DIST. DIV. C.A.#**            **CASE CAPTION**

**ARKANSAS EASTERN**
ARE 3  07-61           Cache River Valley Seed, LLC, et al. v. Bayer CropScience, LP, et al.
ARE 4  07-492          John L. Stephens, III, et al. v. Bayer CropScience, LP
ARE 4  07-493          Dwight W. Holloway, etc. v. Bayer CropScience, LP
ARE 4  07-494          Floyd Calhoun, et al. v. Bayer CropScience, LP
ARE 4  07-495          Jason Holloway, etc. v. Bayer CropScience, LP